# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

## COVER SHEET FOR AMENDMENTS

**Case Name:** Melissa Ann Rice  **Case No.:** 16-57092

**DESCRIBE INFORMATION BEING AMENDED BY CHECKING APPLICABLE BOX(ES) BELOW:**

- ☐ **Amendment to Petition:**
  - ☐ Name ☐ Debtor(s) Mailing Address ☐ Alias
  - ☐ Signature ☐ Complying with Order Directing the Filing of Official Form(s)
- ☐ **Summary of Your Assets and Liabilities and Certain Statistical Information**
- ☑ **Statement of Financial Affairs**
- ☑ **Schedules and List of Creditors:**
  - ☑ Schedule A/B
  - ☑ Schedule C  ☐ Debtor 2 Schedule C
  - ☐ List of Creditors ☐ Schedule D ☐ Schedule E/F and
    - ☐ Add creditor(s), provide address of creditor already on the List of Creditors, change amount or classification of debt - **$31.00 Fee Required**, or
    - ☐ Change address of a creditor already on the List of Creditors - **No Fee Required**
  - ☑ Schedule G
  - ☐ Schedule H
  - ☑ Schedule I
  - ☑ Schedule J
  - ☐ Schedule J-2

**NOTE: Use Page 2 for any corrections or additions to the List of Creditors.**

**Additional Details of Amendment(s):**

| | |
|---|---|
| | **DECLARATION OF ATTORNEY:** I declare that the above information contained on this cover sheet may be relied upon by the Clerk of the Court as a complete and accurate summary of the information contained in the documents attached. |
| **Date** March 14, 2017 | **Signature** /s/ William C. Babut |
| | **AFFIRMATION OF DEBTOR(S):** I declare under penalty of perjury that I have read this cover sheet and the attached schedules, lists, statements, etc., and that they are true and correct to the best of my knowledge, information and belief. |
| **Date** March 14, 2017 | **Signature** /s/ Melissa A. Rice |

1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## CORRECTIONS TO THE LIST OF CREDITORS

**Use this section to make corrections to the name(s) and address(es) of any creditor(s) listed on the current schedules and List of Creditors.**

**PREVIOUS NAME/ADDRESS OF CREDITOR:**       **PLEASE CHANGE TO:**

-NONE-

## ADDITIONS TO THE LIST OF CREDITORS

**Use this section to identify creditors added to the schedules and List of Creditors.**

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

**NAME OF CREDITOR:**

**ADDRESS:**

*FOR ADDITIONAL CORRECTIONS/ADDITIONS, COPY THIS SHEET AND CONTINUE.*

# United States Bankruptcy Court
## Eastern District of Michigan

In re  **Melissa Ann Rice**  
Debtor(s)

Case No. **16-57092**  
Chapter **7**

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2017, a copy of **the Cover Sheet for Amendments, Statement of Affirmations, Amended Statement of Financial Affairs, Amended Schedules A/B, C, G, I and J** were served electronically or by regular United States mail to all interested parties and the Trustee.

/s/ Kim Justice  
**Legal Secretary**  
**BABUT LAW OFFICES, P.L.L.C.**  
**700 Towner Street**  
**Ypsilanti, MI 48198**  
**(734) 485-7000 Fax:(734) 485-6251**  
**kim@babutlaw.com**