**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

IN THE MATTER OF:                                                    CHAPTER 13
                                                                    CASE NO:   16-57092-MLO
MELISSA ANN RICE                                      JUDGE:  ☐   TUCKER        ☒   OXHOLM
, Debtor(s)_____/

## ORDER ADJOURNING HEARING

This matter currently scheduled for hearing on __**11/20/17**____, regarding
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY):**

☐     the First Meeting of Creditors.

☐     a Motion to Dismiss case.                     ☒     Confirmation of Plan.

☐     a Motion to lift stay as to Creditor _ _____.

☐     Other:_ _____.

The parties having agreed to the terms herein, based on the records of the Court, the court being otherwise sufficiently advised in the premises, and there being no adverse impact upon any party by way of this action, thus no notice is required to be given; now therefore;

**IT IS ORDERED AND AGREED that:**
**(ONLY PROVISIONS CHECKED BELOW SHALL APPLY)**

☒     The above referenced matter is adjourned to __**01/22/18 @ 10:00 AM**    **ROOM #1875**_____
☒     Debtor(s) shall be 100% current in Plan Payments, pursuant to the Trustee's records, on or before __1/15/18__ .
☒     Debtor(s) shall file and serve amended _Schedule I _ on or before __01/15/18_____.
☐     Debtor(s) shall attend the adjourned First Meeting of Creditors.
☒     Other:  _Debtor shall provide 3 recent paystubs to support new employment on or before 1/15/18 for NFS non filing spouse__ .

        **IT IS FURTHER ORDERED** that if any of the above is not completed by the date and time specified, the case shall be dismissed upon Order of the Court without further notice or hearing.

        **IT IS FURTHER ORDERED** that the deadline for the Chapter 13 Trustee to file objections to confirmation of the Plan and/or any amended Plan is extended to twenty-one (21) days from the conclusion of the Meeting of Creditors.

        **IT IS FURTHER ORDERED** that the Debtor or Debtor's Counsel shall immediately provide notice of the entry of this Order to all interested parties.

**Signed on November 23, 2017**

                                                    **/s/ Maria L. Oxholm**
                                                    _____
                                                    **Maria L. Oxholm**
                                                    **United States Bankruptcy Judge**